THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
KEY P. SMITH, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 24, 1923; decided May 8, 1923.)

APPEAL from a judgment of the Supreme Court, rendered November 27, 1922, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*William Matthews* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* and *William F. X. Geoghan* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.  Absent: CARDOZO, J.